A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Nov 09, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Oct 22, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION

MDL No. 1905

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-40)

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 536 F.Supp.2d 1375 (J.P.M.L. 2008). Since that time, 448 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 09, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true copy __3__ sheet(s)
of the record in my custody.
CERTIFIED Nov. 13, 20 09
Richard D. Sletten, Clerk

BY: _____
Deputy Clerk

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION     MDL No. 1905

## SCHEDULE CTO-40 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 6 09-2099 | Jackie McCoy, etc. v. Medtronic, Inc., et al. | 09-3236 RHK/JSM |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 09-7351 | Joe Padilla, et al. v. Metronic, Inc., et al. | 09-3237 RHK/JSM |
| CAC 2 09-7352 | Doris Herrera, et al. v. Medtronic, Inc., et al. | 09-3238 RHK/JSM |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 09-4864 | David Adams, et al. v. Medtronic, Inc. | 09-3239 RHK/JSM |
| CAN 3 09-4912 | Christine Modica, et al. v. Medtronic, Inc., et al. | 09-3240 RHK/JSM |
| **ILLINOIS NORTHERN** | | |
| ILN 1 09-6468 | Francis Biedron v. Medtronic, Inc., et al. | 09-3241 RHK/JSM |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 09-872 | Lawrence Brown, et al. v. Medtronic, Inc., et al. | 09-3242 RHK/JSM |
| ILS 3 09-873 | Dexter Crumpler v. Medtronic, Inc., et al. | 09-3243 RHK/JSM |
| **KANSAS** | | |
| KS 2 09-2512 | Rickey S. Schulz v. Medtronic, Inc., et al. | 09-3244 RHK/JSM |
| **MICHIGAN EASTERN** | | |
| MIE 2 09-14070 | Kirk P. Alford v. Medtronic, Inc., et al. | 09-3245 RHK/JSM |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 3 09-618 | Mary McNulty, et al. v. Medtronic, Inc., et al. | 09-3246 RHK/JSM |
| **NEW JERSEY** | | |
| NJ 1 09-5245 | Monica Morrison v. Medtronic, Inc., et al. | 09-3247 RHK/JSM |
| NJ 1 09-5249 | Phillip Mathis, et al. v. Medtronic, Inc., et al. | 09-3248 RHK/JSM |
| **NEW YORK EASTERN** | | |
| NYE 1 09-4343 | Sandra Knox, etc. v. Medtronic, Inc., et al. | 09-3249 RHK/JSM |

**MDL No. 1905 - Schedule CTO-40 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**           **CASE CAPTION**

**OHIO NORTHERN**
OHN 1 09-2328    Tametta Shields, etc. v. Medtronic, Inc., et al.    09-3250 RHK/JSM
OHN 1 09-2381    Carol Szabo, etc. v. Medtronic, Inc., et al.    09-3251 RHK/JSM
OHN 3 09-2305    Amy L. Papesh, et al. v. Medtronic, Inc., et al.    09-3252 RHK/JSM
OHN 3 09-2330    Alice H. Yaney, etc. v. Medtronic, Inc., et al.    09-3253 RHK/JSM
OHN 4 09-2380    Helen Polinsky, etc. v. Medtronic, Inc., et al.    09-3254 RHK/JSM
OHN 5 09-2172    Elaine Mae Hilliard, etc. v. Medtronic, Inc., et al.    09-3255 RHK/JSM
OHN 5 09-2307    Donna Austin, etc. v. Medtronic, Inc., et al.    09-3256 RHK/JSM
OHN 5 09-2309    Amy L. Papesh, et al. v. Medtronic, Inc., et al.    09-3257 RHK/JSM
OHN 5 09-2324    Michael C. Parham, etc. v. Medtronic, Inc., et al.    09-3258 RHK/JSM
OHN 5 09-2327    Rick Tallman, etc. v. Medtronic, Inc., et al.    09-3259 RHK/JSM

**OHIO SOUTHERN**
OHS 1 09-727    Amy L. Papesh, et al. v. Medtronic, Inc., et al.    09-3260 RHK/JSM
OHS 1 09-731    Carolyn Good, etc. v. Medtronic, Inc., et al.    09-3261 RHK/JSM
OHS 2 09-881    Kimberly King, etc. v. Medtronic, Inc., et al.    09-3262 RHK/JSM
OHS 2 09-888    Sharon Smith, etc. v. Medtronic, Inc., et al.    09-3263 RHK/JSM
OHS 3 09-378    Martha C. Ramsey, etc. v. Medtronic, Inc., et al.    09-3264 RHK/JSM
OHS 3 09-380    Lucille Taylor, etc. v. Medtronic, Inc., et al.    09-3265 RHK/JSM
OHS 3 09-381    Phyllis Bell, etc. v. Medtronic, Inc., et al.    09-3266 RHK/JSM

**OKLAHOMA NORTHERN**
OKN 4 09-618    Sandra Kerr v. Medtronic, Inc., et al.    09-3267 RHK/JSM
OKN 4 09-619    David Shorten, et al. v. Medtronic, Inc., et al.    09-3268 RHK/JSM

**OKLAHOMA WESTERN**
OKW 5 09-1124    Geneva Touchet, etc. v. Medtronic, Inc., et al.    09-3269 RHK/JSM

**PUERTO RICO**
PR 3 09-2070    Stephen Allman, et al. v. Medtronic, Inc., et al.    09-3270 RHK/JSM

**TEXAS EASTERN**
TXE 2 09-306    Norwood Koepsel, et al. v. Medtronic, Inc., et al.    09-3271 RHK/JSM
TXE 2 09-311    Kevin Koch, etc. v. Medtronic, Inc., et al.    09-3272 RHK/JSM

**TEXAS SOUTHERN**
TXS 4 09-3176    Jack Craig McGhee v. Medtronic, Inc., et al.    09-3273 RHK/JSM
TXS 4 09-3185    Jessica C. Buchholz, et al. v. Medtronic, Inc., et al.    09-3275 RHK/JSM
TXS 4 09-3209    Beverly J. Buchanan, et al. v. Medtronic, Inc., et al.    09-3276 RHK/JSM
TXS 4 09-3291    Martin Farrell, et al. v. Medtronic, Inc., et al.    09-3277 RHK/JSM
TXS 4 09-3292    Rosalie Gail Peterson, et al. v. Medtronic, Inc., et al.    09-3279 RHK/JSM
TXS 4 09-3304    Elmore Herman Borchers, Jr. v. Medtronic, Inc., et al.    09-3281 RHK/JSM
TXS 4 09-3317    Eva Estella Rouse v. Medtronic, Inc., et al.    09-3283 RHK/JSM
TXS 4 09-3319    Michael R. Misciagna v. Medtronic, Inc., et al.    09-3284 RHK/JSM
TXS 4 09-3347    Rhonda Wade v. Medtronic, Inc., et al.    09-3285 RHK/JSM